1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA

9

* * *

10

GARY WALLACE,                                    Case No. 2:15-cv-01474-RFB-GWF

11

                                    Plaintiff,

                                                                ORDER

12

        v.

13

CLAUDIA ROMNEY, *et al.*,

14

                                    Defendants.

15
16

        Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the

17

Honorable George Foley, Jr., United States Magistrate Judge, entered March 30, 2016.

18

        A district court "may accept, reject, or modify, in whole or in part, the findings or

19

recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific

20

written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. §

21

636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is

22

required to "make a *de novo* determination of those portions of the report or specified proposed

23

findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local

24

Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct

25

"any review," de novo or otherwise, of the report and recommendations of a magistrate judge.

26

Thomas v. Arn, 474 U.S. 140, 149 (1985).  Pursuant to Local Rule IB 3-2(a), objections were due

27

by April 16, 2016.  No objections have been filed.   The Court has reviewed the record in this case

28

and concurs with the Magistrate Judge's recommendation.

1   **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No.  2) is

2   ACCEPTED and ADOPTED in full.

3   **IT IS FURTHER ORDERED** that Plaintiff's claims against Claudia Romney and Steven

4   Wolfson be **dismissed with prejudice** for failure to state a claim upon which relief be granted.

5   The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

6   DATED this 3rd day of May, 2016.

7

8   _____

9   RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

10   .

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2