# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY WALLACE,

    Plaintiff,

vs.

CLAUDIA ROMNEY, *et al.*,

    Defendants.

Case No. 2:15-cv-01474-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motions to Refile (ECF Nos. 13 and 14) and Motions for Issuance of Subpoenas (ECF Nos. 15 and 16), filed on December 13, 2016.

The Court is unclear what relief Plaintiff seeks in his motions and will deny them on that basis. Plaintiff's motions to refile appear to request that Plaintiff be allowed to amend his complaint. If so, Plaintiff is advised that he must file a proper motion to amend pursuant to Rule 15 of the Federal Rules of Civil Procedure.[1] Plaintiff's motions for subpoenas on the other hand are entirely unintelligible. Plaintiff is advised that he may refile his motions for subpoena, but if he chooses to do so he must state with sufficient clarity what relief he seeks and the reason for his requests. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions to Refile (ECF Nos. 13 and 14) and Motions for Issuance of Subpoenas (ECF Nos. 15 and 16) are **denied**.

DATED this 13th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] The Court also notes that Plaintiff was given 45 days from March 21, 2017 in which to file an amended complaint against Defendants Fasulo and Dillard that complied with the Court's order. *See Order* (ECF No. 21). Plaintiff has not yet filed an amended complaint.