UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY WALLACE,<br><br>          Plaintiff,<br><br>    v.<br><br>CLAUDIA ROMNEY, *et al.*,<br><br>          Defendant. | Case No. 2:15-cv-01474-RFB-GWF<br><br>**ORDER** |

On March 21, 2017, the Plaintiff was ordered to amend his Complaint within 45 days. Plaintiff has not amended his Complaint or provided an updated address to receive orders or correspondence from this Court. The Court has provided Plaintiff ample time to be able to respond to this Court's previous order and update his address. The Court finds it appropriate to dismiss this case without prejudice due to Plaintiff's failure to comply with this Court's order or make any further attempt to pursue this litigation.

**IT IS ORDERED** that this case is DISMISSED without prejudice. The Plaintiff shall have 30 days to submit a request for reinstatement of the case and explain why he has not responded to this Court's Order of March 21, 2017. If no such submission is filed or if the Court finds the explanation to be unsatisfactory, this dismissal will thereupon be with prejudice. The Clerk of Court is ordered to close this case.

DATED: January 17, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**